United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROZA JANGHORBANI POUDEH,

Plaintiff,

v.

KRISTI NOEM, et al.,

Defendants.

Case No. 25-cv-10382-SK

**ORDER LIFTING STAY AND DISMISSING CASE WITHOUT PREJUDICE**

Regarding Docket No. 13

On April 2, 2026, pursuant to the parties' stipulation, the Court stayed this action until August 3, 2026. (Dkt. No. 12.) On July 22, 2026, Plaintiff Roza Janghorbani Poudeh filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. No. 13.) Defendants have not filed an answer or motion for summary judgment. Accordingly, the Court HEREBY LIFTS the stay in this case and DISMISSES this action WITHOUT PREJUDICE. All case deadlines and hearings are HEREBY VACATED. Each party shall bear its own fees and costs. The Clerk is instructed to close this file.

**IT IS SO ORDERED**.

Dated: July 22, 2026

[signature]

SALLIE KIM
United States Magistrate Judge